UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KAILI ELKINS,

           Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

           Defendant.

No. C18-1515 RSM

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

## I.   STIPULATION

COME NOW the parties hereto, KAILI ELKINS, Plaintiff, by and through her attorney Heather Webb of the GLP ATTORNEYS, P.S., Inc., and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorneys, Lewis Brisbois Bisgaard and Smith, LLP and Laura Hawes Young, hereby stipulate that this action shall be dismissed with prejudice and without costs to any party as to all claims, contractual and extra-contractual, that now exist or that may exist in the future among the parties to this litigation arising out of the motor vehicle accident on May 11, 2016, and any claims handing related thereto, which are the subject of Plaintiff's Complaint.

STIPULATED THIS 5th day of March, 2019.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: */s/ Laura Hawes Young*
    Laura Hawes Young, WA Bar No. 39346
    Laura.young@lewisbrisbois.com
    1111 Third Avenue, Suite 2700

GLP ATTORNEYS, P.S., INC.

By: */s/ Heather Webb*
    Heather Webb, WSBA No. 39257
    hwebb@glpattorneys.com
    720 South Burlington Blvd

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
4827-2983-6078.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020

| | |
|---|---|
| Seattle, WA 98101 | Burlington, WA 98233 |
| 206.436.2020 (phone) | Phone: 1(800) 273-5005 |
| 206.436.2030 (fax) | Fax: (360) 588-4651 |
| Attorney for Defendant | Attorney for Plaintiff |

## II. ORDER OF DISMISSAL

THIS MATTER having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court being fully advised in all matters, does herewith, pursuant to the foregoing stipulation,

**ORDER, ADJUDGED AND DECREED** that the above-entitled claims, both contractual and extra-contractual, against Defendant, and each and every portion thereof related to claims made by Plaintiff, shall be, and the same hereby are, dismissed with prejudice and without costs to any party.

**DATED THIS** 8th day of March 2019.

    _[signature]_
    RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: _/s/ Laura Hawes Young_
    Laura Hawes Young, WSBA No. 39346
    Attorney for Defendants

Approved as to Form; Notice of Presentation Waived:

GLP ATTORNEYS, P.S., INC.

By: _/s/ Heather Webb_
    Heather Webb, WSBA No. 39257
    Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
4827-2983-6078.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020